456 A.2d 1099

Commonwealth v. Scott, Appellant.

Submitted October 18, 1982. Blaise H. Coco, Jr., for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.